CASE 16-C-2          RITCHIE                                  PAGE 0001

RICHARD GOOD                  VS. NOBLE ENERGY, INC.


LINE   DATE    ACTION

    1 01/05/16  TO CLERK FROM BORDAS & BORDAS,PLLC $240.00(CHECK)FILING FEE &
    2           CERTIFIED MAIL/RETURN RECEIPT/RESTRICTED DELIVERY FEES(X2);
    3 01/05/16  CCIS/CIVIL CASES FILED;
    4 01/05/16  COMPLAINT,FILED;
    5 01/05/16  SUMMONS/COMPLAINT(X6)TO WV SECRETARY OF STATE FOR SERVICE & RETU
    6           -RN TO THE FOLLOWING:NOBLE ENERGY INC C/O CT CORP SYSTEM & TO
    7           WHIPSTOCK NATURAL GAS SERVICES,LLC;SUMMONS/COMPLAINT BY CERT.MAI
    8           -L/RETURN RECEIPT/RESTRICTED DELIV TO THE FOLLOWING:NOBLE ENERGY
    9           ,INC C/O CT CORP.,SYSTEM & TO WHIPSTOCK NATURAL GAS SERVICES,LC;
   10 01/14/16  WV SECRETARY OF STATE ACCEPTED SERVICE ON BEHALF OF WHIPSTOCK NA
   11           -TURAL GAS SERVICES,LLC AT ADDRESS OF 5400 D BIG TYLER RD.,CHARL
   12           -ESTON,WV;INDICATING SERVICE ON 1/8/2016;
   13 01/14/16  WV SECRETARY OF STATE ACCEPTED SERVICE ON BEHALF OF NOBLE ENERGY
   14           ,INC AT ADDRESS OF 5400 D BIG TYLER RD.,CHARLESTON,WV;INDICATING
   15           SERVICE ON 1/8/2016;
   16 01/15/16  GREEN CARD FOR CERTIFIED MAIL TO NOBLE ENERGY, INC RETURNED TO
   17           CIRCUIT CLERK'S OFFICE SIGNED BY ?D. HARPER? ON JANUARY 8, 2016
   18 01/15/16  GREEN CARD FOR CERTIFIED MAIL TO WHIPSTOCK NATURAL GAS SERVICES,
   19           LLC RETURNED TO CIRCUIT CLERK'S OFFICE SIGNED BY ?D. HARPER? ON
   20           JANUARY 8, 2016



ATTEST COPY

RITCHIE COUNTY CIRCUIT CLERK



EXHIBIT A

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



**Natalie E. Tennant**
Secretary Of State
State Of West Virginia
Phone: 304-558-6000
866-767-8683
Visit us online:
www.wvsos.com

Rose Ellen Cox
Ritchie Co. Courthouse, Rm.301
115 East Main Street
Harrisville, WV 26362-1271



**Control Number:** 87398                **Agent:** C. T. Corporation System

**Defendant:** NOBLE ENERGY, INC.           **County:** Ritchie
5400 D Big Tyler Road
CHARLESTON, WV 25313 US     **Civil Action:** 16-C-2

**Certified Number:** 92148901125134100000929304

**Service Date:** 1/8/2016

I am enclosing:

    **1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted
service of process in the name and on behalf of your corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of
process in the name and on behalf of your corporation as your attorney-in-fact. Please address any questions about this
document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office**.*

Sincerely,

*Natalie E Tennant*

Natalie E. Tennant
Secretary of State

SUMMONS

IN THE CIRCUIT COURT OF RITCHIE COUNTY, WEST VIRGINIA

RICHARD GOOD, et al
        PLAINTIFFS,

VS.                                           CASE NO. 16-C-2

WHIPSTOCK NATURAL GAS, et al,
        DEFENDANTS.

SUMMONS

Serve On:  NOBLE ENERGY, INC.
           c/o CT CORPORATION SYSTEM
           5400  D  BIG  TYLER  ROAD
           CHARLESTON, WV 25313

To the above-named Defendant:

IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby Summoned
and required to serve upon **Geoffrey C. Brown**, Plaintiff's Attorney, whose
address is 1358 National Road, Wheeling, WV  26003, an answer including
any related counterclaim you may have to the Complaint filed against you
in the above styled civil action, a true copy of which is herewith
delivered to you.  You are required to serve your answer within **20** days
after service of this summons upon you, exclusive of the day of service.
If you fail to do so, judgment by default will be taken against you for
the relief demanded in the Complaint and you will be thereafter barred

must be

| West Virginia Secretary of State Invoice #297634 Date: 1/7/2016 BORDAS & BORDAS PLLC | Service | Service – US defendant 16-C-2 | Total | Payment type | Check | Total |
|---|---|---|---|---|---|---|
| | Qty | Sub | | | | |
| | 2 | $40.00 | $40.00 | Amount | $40.00 | $40.00 |

*Deputy*

IN THE CIRCUIT COURT OF
RITCHIE COUNTY, WEST VIRGINIA

RICHARD GOOD                          )      CASE NO:      16 - C - 2
125 BEAVER ST.                        )
WARSAW, OH  43844                     )      JUDGE
                                      )
AND                                   )      COMPLAINT
                                      )
KAREN GOOD                            )      JURY DEMAND ENDORSED HEREON
125 BEAVER ST.                        )
WARSAW, OH  43844                     )
                                      )
            PLAINTIFFS,               )
                                      )
v.                                    )
                                      )
WHIPSTOCK NATURAL GAS                 )
SERVICES, LLC                         )
13646 ROUTE 403 NORTH                 )
CLYMER PA 15728                       )
                                      )
            AND                       )
                                      )
SERVE ALSO:                           )
WHIPSTOCK NATURAL GAS                 )
SERVICES, LLC                         )
C/O CAROLYN TONKIN, PRESIDENT         )
13646 ROUTE 403 NORTH                 )
CLYMER PA 15728                       )
                                      )
            AND                       )
                                      )
NOBLE ENERGY, INC.                    )
1001 NOBLE ENERGY WAY                 )
HOUSTON, TEXAS 77070                  )
                                      )
            AND                       )
                                      )
SERVE ALSO:                           )

NOBLE ENERGY, INC. )
CT CORPORATION SYSTEM )
5400 D BIG TYLER ROAD )
CHARLESTON, WV 25313 )
)
    AND )
)
NOBLE ENERGY, INC. )
C/O DAVID L. STOVER, PRESIDENT )
1001 NOBLE ENERGY WAY )
HOUSTON, TX 77070 )
)
    AND )
)
NOBLE ENERGY, INC. )
THE CORPORATION TRUST COMPANY )
CORPORATION TRUST CENTER )
1209 ORANGE STREET )
WILMINGTON, DE 19801 )
)

Now come Plaintiffs, Richard A. Good and Karen Good, who for their Complaint against the

Defendants, Whipstock Natural Gas Services, LLC and Noble Energy, Inc., state as follows:

COUNT I

1.    The Plaintiffs, Richard A. and Karen Good, are residents of Coshocton County, Ohio.

2.    The Defendant, Whipstock Natural Gas Services, LLC ("Whipstock"), is organized in

the State of Delaware, headquartered in Clymer, Pennsylvania, and conducts ongoing and substantial

business operations in West Virginia, Pennsylvania and Ohio.

3.    The Defendant, Noble Energy, Inc., is    organized in the State of Delaware,

headquartered in Houston, Texas, and conducts ongoing and substantial business operations in West

Virginia and elsewhere.

4.    At all times relevant hereto, Defendants, Noble, Energy, Inc., Whipstock Natural Gas

Services, LLC, and/or their employees/agents are persons, and/or entities, including but not limited


ATTEST COPY

RITCHIE COUNTY CIRCUIT CLERK

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



**Natalie E. Tennant**
Secretary Of State
State Of West Virginia
Phone: 304-558-6000
866-767-8683
Visit us online:
www.wvsos.com

Rose Ellen Cox
Ritchie Co. Courthouse, Rm.301
115 East Main Street
Harrisville, WV 26362-1271

2016 JAN 11   A 9:40

**Control Number:** 87400

**Defendant:** WHIPSTOCK NATURAL GAS
SERVICES, L.L.C.
5400 D Big Tyler Road
CHARLESTON, WV 25313 US

**Agent:** C. T. Corporation System
**County:** Ritchie
**Civil Action:** 16-C-2
**Certified Number:** 92148901125134100000929311
**Service Date:** 1/8/2016

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted
service of process in your name and on your behalf.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of
process in your name and on your behalf as your attorney-in-fact. Please address any questions about this document
directly to the court or the plaintiff's attorney, shown in the enclosed paper, not to the Secretary of State's office.*

Sincerely,

*Natalie E. Tennant*

Natalie E. Tennant
Secretary of State

## SUMMONS

### IN THE CIRCUIT COURT OF RITCHIE COUNTY, WEST VIRGINIA

**RICHARD GOOD, et al**
                **PLAINTIFFS,**

**VS.**                                                    **CASE NO. 16-C-2**

**WHIPSTOCK NATURAL GAS, et al,**
                **DEFENDANTS.**

### SUMMONS

Serve On:  WHIPSTOCK NATURAL GAS SERVICES,
           LLC.
           C/o CT CORPORATION SYSTEM
           5400 D BIG TYLER ROAD
           CHARLESTON, WV 25313

**To the above-named Defendant:**

**IN THE NAME OF THE STATE OF WEST VIRGINIA,** you are hereby Summoned
and required to serve upon **Geoffrey C. Brown,** Plaintiff's Attorney, whose
address is 1358 National Road, Wheeling, WV  26003, an answer including
any related counterclaim you may have to the Complaint filed against you
in the above styled civil action, a true copy of which is herewith
delivered to you.  You are required to serve your answer within **20 days**
after service of this summons upon you, exclusive of the day of service.
If you fail to do so, judgment by default will be taken against you for
the relief demanded in the Complaint and you will be thereafter barred
from asserting in another action any claim you may have which must be
asserted by counterclaim in the above styled civil action.

Dated this 5ᵗʰ day of **January, 2016.**

_Angela H. Copeland_ Deputy
CLERK OF THE CIRCUIT COURT OF
RITCHIE COUNTY, WEST VIRGINIA

IN THE CIRCUIT COURT OF
RITCHIE COUNTY, WEST VIRGINIA

| | | |
|---|---|---|
| RICHARD GOOD | ) | CASE NO: *16 - C - 2* |
| 125 BEAVER ST. | ) | |
| WARSAW, OH 43844 | ) | JUDGE |
| | ) | |
| AND | ) | COMPLAINT |
| | ) | |
| KAREN GOOD | ) | JURY DEMAND ENDORSED HEREON |
| 125 BEAVER ST. | ) | |
| WARSAW, OH 43844 | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WHIPSTOCK NATURAL GAS | ) | |
| SERVICES, LLC | ) | |
| 13646 ROUTE 403 NORTH | ) | |
| CLYMER PA 15728 | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| SERVE ALSO: | ) | |
| WHIPSTOCK NATURAL GAS | ) | |
| SERVICES, LLC | ) | |
| C/O CAROLYN TONKIN, PRESIDENT | ) | |
| 13646 ROUTE 403 NORTH | ) | |
| CLYMER PA 15728 | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| NOBLE ENERGY, INC. | ) | |
| 1001 NOBLE ENERGY WAY | ) | |
| HOUSTON, TEXAS 77070 | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| SERVE ALSO: | ) | |

2016 JAN -5  P 1: 11

NOBLE ENERGY, INC.                                          )
CT CORPORATION SYSTEM                              )
5400 D BIG TYLER ROAD                                   )
CHARLESTON, WV 25313                                   )
                                                                            )
           AND                                                        )
                                                                            )
NOBLE ENERGY, INC.                                          )
C/O DAVID L. STOVER, PRESIDENT             )
1001 NOBLE ENERGY WAY                            )
HOUSTON, TX 77070                                        )
                                                                            )
           AND                                                        )
                                                                            )
NOBLE ENERGY, INC.                                          )
THE CORPORATION TRUST COMPANY)
CORPORATION TRUST CENTER                    )
1209 ORANGE STREET                                      )
WILMINGTON, DE 19801                                 )
                                                                            )

       Now come Plaintiffs, Richard A. Good and Karen Good, who for their Complaint against the

Defendants, Whipstock Natural Gas Services, LLC and Noble Energy, Inc., state as follows:

                                        COUNT I

       1.       The Plaintiffs, Richard A. and Karen Good, are residents of Coshocton County, Ohio.

       2.       The Defendant, Whipstock Natural Gas Services, LLC ("Whipstock"), is organized in

the State of Delaware, headquartered in Clymer, Pennsylvania, and conducts ongoing and substantial

business operations in West Virginia, Pennsylvania and Ohio.

       3.       The Defendant, Noble Energy, Inc., is            organized in the State of Delaware,

headquartered in Houston, Texas, and conducts ongoing and substantial business operations in West

Virginia and elsewhere.

       4.  At all times relevant hereto, Defendants, Noble, Energy, Inc., Whipstock Natural Gas

Services, LLC, and/or their employees/agents are persons, and/or entities, including but not limited



ATTEST COPY

RITCHIE COUNTY CIRCUIT CLERK

2016 JAN 15 A 9:33

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NOBLE ENERGY, INC.
c/o CT CORPORATION SYSTEM
5400 D BIG TYLER ROAD
CHARLESTON, WV 25313

**RESTRICTED DELIVERY**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Priority Mail Express™
☐ Registered
☐ Insured Mail   ☐ Collect on Delivery

2. Article Number
(Transfer from service)

7012 3050 0000 2340 1655

PS Form 3811, July 2013          Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WHIPSTOCK NATURAL GAS
SERVICES, LLC.
c/o CT CORPORATION SYSTEM
5400 D BIG TYLER ROAD
CHARLESTON, WV 25313

**RESTRICTED DELIVERY**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Priority Mail Express™
☐ Registered
☐ Insured Mail   ☐ Collect on Delivery
☐ (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7012 3050 0000 2340 1648

PS Form 3811, July 2013          Domestic Return Receipt



English        Customer Service        USPS Mobile                                                    Register / Sign In

# ✉USPS.COM®

## USPS Tracking®



**Customer Service ›**
Have questions? We're here to help.

**Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: 70123050000023401655

*Node Energy, Inc*

On Time
Expected Delivery Day: Friday, January 8, 2016

## Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail Restricted Delivery Return Receipt

### Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| January 8, 2016 , 12:52 pm | Delivered | CHARLESTON, WV 25313 |

Your item was delivered at 12:52 pm on January 8, 2016 in CHARLESTON, WV 25313.

| | | |
|---|---|---|
| January 8, 2016 , 8:56 am | Out for Delivery | CHARLESTON, WV 25313 |
| January 8, 2016 , 7:53 am | Sorting Complete | CHARLESTON, WV 25313 |
| January 8, 2016 , 7:46 am | Arrived at Unit | CHARLESTON, WV 25313 |
| January 8, 2016 , 3:24 am | Departed USPS Facility | CHARLESTON, WV 25350 |
| January 6, 2016 , 6:58 pm | Arrived at USPS Facility | CHARLESTON, WV 25350 |
| January 6. 2016 , 4:06 pm | Departed Post Office | HARRISVILLE, WV 26362 |
| January 6, 2016 , 3:17 pm | Acceptance | HARRISVILLE, WV 26362 |

## Track Another Package

Tracking (or receipt) number

| 70123050000023401655 | Track It |

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



USPS.com® - USPS Tracking®                                                Page 1 of 2

English        Customer Service      USPS Mobile                    Register / Sign In

# ≡USPS.COM®

## USPS Tracking®

 **Customer Service ›**
Have questions? We're here to help.

 **Get Easy Tracking Updates ›**
Sign up for My USPS.

*Whipstock Natural Gas Services, LLC*

Tracking Number: 70123050000023401648

**On Time**
**Expected Delivery Day: Friday, January 8, 2016**

## Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail Restricted Delivery Return Receipt

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| January 8, 2016 , 12:52 pm | Delivered | CHARLESTON, WV 25313 |

Your item was delivered at 12:52 pm on January 8, 2016 in CHARLESTON, WV 25313.

| | | |
|---|---|---|
| January 8, 2016 , 8:56 am | Out for Delivery | CHARLESTON, WV 25313 |
| January 8, 2016 , 7:53 am | Sorting Complete | CHARLESTON, WV 25313 |
| January 8, 2016 , 7:47 am | Arrived at Unit | CHARLESTON, WV 25313 |
| January 8, 2016 , 3:24 am | Departed USPS Facility | CHARLESTON, WV 25350 |
| January 8, 2016 , 8:58 pm | Arrived at USPS Facility | CHARLESTON, WV 25350 |
| January 6, 2016 , 4:06 pm | Departed Post Office | HARRISVILLE, WV 26362 |
| January 6, 2016 , 3:17 pm | Acceptance | HARRISVILLE, WV 26362 |

## Available Actions

Text Updates

Email Updates

## Track Another Package

Tracking (or receipt) number

70123050000023401648                                          **Track It**

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›** 

ATTEST COPY

RITCHIE COUNTY CIRCUIT CLERK

https://tools.usps.com/go/TrackConfirmAction?tLabels=70123050000023401648          1/15/2016

IN THE CIRCUIT COURT OF
RITCHIE COUNTY, WEST VIRGINIA

| | |
|---|---|
| RICHARD GOOD<br>125 BEAVER ST.<br>WARSAW, OH 43844 | CASE NO: *16 - C - 2* |
| | JUDGE |
| AND | COMPLAINT |
| KAREN GOOD<br>125 BEAVER ST.<br>WARSAW, OH 43844 | JURY DEMAND ENDORSED HEREON |
|       PLAINTIFFS, | |
| v. | |
| WHIPSTOCK NATURAL GAS<br>SERVICES, LLC<br>13646 ROUTE 403 NORTH<br>CLYMER PA 15728 | |
|     AND | |
| SERVE ALSO:<br>WHIPSTOCK NATURAL GAS<br>SERVICES, LLC<br>C/O CAROLYN TONKIN, PRESIDENT<br>13646 ROUTE 403 NORTH<br>CLYMER PA 15728 | |
|     AND | |
| NOBLE ENERGY, INC.<br>1001 NOBLE ENERGY WAY<br>HOUSTON, TEXAS 77070 | |
|     AND | |
| SERVE ALSO: | |

2016 JAN -5 P 1: 16

FILED

NOBLE ENERGY, INC. )
CT CORPORATION SYSTEM )
5400 D BIG TYLER ROAD )
CHARLESTON, WV 25313 )
)
AND )
)
NOBLE ENERGY, INC. )
C/O DAVID L. STOVER, PRESIDENT )
1001 NOBLE ENERGY WAY )
HOUSTON, TX 77070 )
)
AND )
)
NOBLE ENERGY, INC. )
THE CORPORATION TRUST COMPANY )
CORPORATION TRUST CENTER )
1209 ORANGE STREET )
WILMINGTON, DE 19801 )
)

Now come Plaintiffs, Richard A. Good and Karen Good, who for their Complaint against the

Defendants, Whipstock Natural Gas Services, LLC and Noble Energy, Inc., state as follows:

## COUNT I

1. The Plaintiffs, Richard A. and Karen Good, are residents of Coshocton County, Ohio.

2. The Defendant, Whipstock Natural Gas Services, LLC ("Whipstock"), is organized in

the State of Delaware, headquartered in Clymer, Pennsylvania, and conducts ongoing and substantial

business operations in West Virginia, Pennsylvania and Ohio.

3. The Defendant, Noble Energy, Inc., is       organized in the State of Delaware,

headquartered in Houston, Texas, and conducts ongoing and substantial business operations in West

Virginia and elsewhere.

4. At all times relevant hereto, Defendants, Noble, Energy, Inc., Whipstock Natural Gas

Services, LLC, and/or their employees/agents are persons, and/or entities, including but not limited

to, employees, agents, and/or representatives who owned, operated, controlled, and/or maintained the drilling site located near Bond Creek Rd. and Rock Rd. at Well PENS-2L-H, in the City of Pennsboro, Ritchie County, West Virginia.

5. At all times relevant herein, Defendants, Noble Energy, Inc., Whipstock Natural Gas Services, LLC, and/or their employees/agents were in possession and control of the site located near Bond Creek Rd. and Rock Rd at Well PENS-2L-H, in the City of Pennsboro, Ritchie County, West Virginia and/or employees of Defendants Noble Energy, Inc. and/or Whipstock Natural Gas Services, LLC. Further, Defendants had control of and were in charge of the care and maintenance of, and drilling operations at, the aforementioned property.

6. At all times relevant, an individual known as "Bill" was a rig-hand at the well/drilling site at issue, Well PENS-2L-H, acting in the employ/agency and at the direction of Defendants Whipstock Natural Gas Services, LLC, and/or Noble Energy, Inc.

7. At all times relevant, and individual known as "Mike" was the driller at the well/drilling site at issue, Well PENS-2L-H, acting in the employ/agency and at the direction of Defendants Whipstock Natural Gas Services, LLC, and/or Noble Energy, Inc.

8. At all times relevant, an individual known as "Eric" was the on-site safety officer acting in the employ/agency and at the direction of Defendants Noble Energy, Inc. and/or Whipstock Natural Gas Services, LLC.

9. On or about January 6, 2014, Plaintiff, Richard Good, was an invitee, contractor and/or frequenter at the premises located at the aforementioned address providing services for the benefit of Defendants at/near drilling operations at Well PENS-2L-H. While so doing, Plaintiff, Richard Good was struck in the head by a tong-head that came loose from winch-line attached to the drilling rig while "Mike" and "Bill" were performing operations including operating a winch on the

rig. Plaintiff suffered traumatic head injuries, bilateral subarachnoid hemorrhage, small right subdural hematoma, and intervertebral disc herniation, among other injuries.

10. Plaintiff, Richard Good, states that Defendants had knowledge of a dangerous environment.

11. Plaintiff further states that the Defendants owed a duty of reasonable care to Plaintiff, breached such duty and were actively negligent and/or reckless in the allowing and permitting a dangerous condition to exist with conscious disregard for the safety and rights of – and a great probability of substantial harm to - invitees, frequenters, and guests, specifically, Plaintiff, Richard Good, who was severely injured as a result of Defendants' active negligence.

12. Plaintiff states that the Defendants conduct referenced in the preceding paragraph includes, but is not limited to:

> - failing to maintain drilling rig and all winches,
>
> - utilizing the incorrect "spring-loaded" tong-head rather than a "lock-down" tong-head,
>
> - failing to have rig-hand don harness and scale rig to ensure that tong-head/winch does not 'snag' on the rig,
>
> - failing to follow appropriate procedures to clear area below winch,
>
> - failing to warn workers including Plaintiff regarding operation of the winch,
>
> - failing to appropriately operate winch, and
>
> - failing to appropriately instruct/supervise drilling employees on site

13.      As a direct and proximate result of the Defendants' conduct and in the failing to maintain a safe environment, Plaintiff, Richard Good, was caused to suffer severe and permanent injuries, suffered great pain of body and mind, a loss of enjoyment of life, lost time and income from

employment, suffered mental anguish, required medical care and treatment in the past, and will continue to suffer said losses in the future, all to his expense and obligation.

COUNT II

14.     Plaintiffs reaver and reallege each and every allegation contained in Paragraphs 1 through 13, of Count I, the same, as if fully rewritten herein.

15.     The individuals known as "Mike," "Bill,'" and "Eric," who were the employees/agents of Defendants Whipstock Natural Gas Services, LLC. and/or Noble Energy, Inc., negligently, and/or recklessly maintained and operated machinery or other equipment on January 6, 2014 with a great probability of substantial harm to Plaintiff.

16.     Plaintiff states that the Defendants' conduct through "Mike," "Bill," and "Eric," referenced in the preceding paragraph, includes, but is not limited to:

- failing to maintain drilling rig and all winches,

- utilizing the incorrect "spring-loaded" tong-head rather than a "lock-down" tong-head,

- failing to have rig-hand don harness and scale rig to ensure that tong-head/winch does not 'snag' on the rig,

- failing to follow appropriate procedures to clear area below winch,

- failing to warn workers including Plaintiff regarding operation of the winch,

- failing to appropriately operate winch, and

- failing to appropriately instruct/supervise drilling employees on site

17.     The individuals identified in Paragraph 15 were acting within the course and scope of their employment or agency with Defendant, Whipstock Natural Gas Services, LLC. and/or Noble Energy, Inc., and under the direction and control of Defendant, Whipstock Natural Gas Services,

LLC. and/or Noble Energy, Inc.

18.     As a direct and proximate result of Defendant Whipstock Natural Gas Services, LLC, Noble Energy, Inc., and their employees'/agents' conduct, Plaintiff Richard Good was struck in the head by a tong-head. Plaintiff suffered traumatic head injuries, bilateral subarachnoid hemorrhage, small right subdural hematoma, and intervertebral disc herniation, among other injuries.

19.     Defendants, Whipstock Natural Gas Services, LLC. and Noble Energy, Inc. are vicariously liable for the negligence of their employees/agents under the doctrine of *Respondeat Superior*.

### COUNT III

20.     Plaintiffs reaver and reallege each and every allegation contained in Paragraphs 1 through 19, of Count I and II, the same, as if fully rewritten herein.

21.     Plaintiff Karen Good states that she is the wife of Plaintiff Richard Good and as a direct and proximate result of Defendants' negligence and the resulting injuries to Plaintiff Richard Good, she suffered a loss of her husband's care, comfort, services, and consortium in the past and will continue to suffer said losses in the future.

22.     Plaintiff Karen Good further states that she is responsible for her husband's medical and hospital bills.

### COUNT IV

23.     Plaintiffs reaver and reallege each and every allegation contained in Paragraphs 1 through 22 of Count I, II, and II, the same as if fully rewritten herein.

24.     Defendants' conduct referenced herein constituted a recklessness and/or a conscious disregard for the rights and safety of Plaintiff Richard A. Good and others similarly situated with a great probability of causing substantial harm.

WHEREFORE the Plaintiffs demand judgment against the Defendants, Whipstock Natural

Gas Services, LLC and Noble Energy, Inc., on Counts I-III in an amount that will fully and fairly compensate them for all damages caused by the conduct of the Defendants and for the costs, expenses and fees incurred in pursuit of this action and for all the relief to which they are entitled by law, including pre and post judgment interest and for any other relief deemed proper by the Court.

WHEREFORE the Plaintiffs demand judgment against the Defendants, Whipstock Natural Gas Services, LLC and Noble Energy, Inc. on Count IV for punitive damages in an amount sufficient to punish the Defendants and to deter them and others from the same or similar egregious conduct in the future.

## A TRAL BY JURY IS DEMANDED ON ALL ISSUES

Respectfully submitted,

**GEOFFREY C. BROWN, ESQ**
**SCOTT S. BLASS #4628, ESQ**
BORDAS & BORDAS, PLLC
1358 National Road
Wheeling, WV 26003
Telephone: (304) 242-8410
*Counsel for Plaintiff*

ATTEST COPY

RITCHIE COUNTY CIRCUIT CLERK

# CIVIL CASE INFORMATION STATEMENT
## CIVIL CASES
### (Other than Domestic Relations)

**In the Circuit Court,** _RITCHIE_ _____ **County, West Virginia**

## I. CASE STYLE:

**Plaintiff(s)**                        Case # _____ 16-C-2 _____

  RICHARD GOOD                   Judge: _Sweeney_

  KAREN GOOD

**vs.**

|  | Days to **Answer** | **Type of Service** |
|---|---|---|
| **Defendant(s)** NOBLE ENERGY, INC. c/o CT CORPORATION SYSTEM | | |
| 5400 D BIG TYLER ROAD **Street** CHARLESTON, WV 25313 **City, State, Zip** | 20 | CERTIFIED MAIL |
| | | |
| WHIPSTOCK NATURAL GAS SERVICES, LLC c/o CT Corporation System | | |
| 5400 D BIG TYLER ROAD **Street** CHARLESTON, WV 25313 **City, State, Zip** | 20 | CERTIFIED MAIL |
| NOBLE ENERGY, INC., c/o CT CORPORATION SYSTEM | | |
| 5400 D BIG TYLER ROAD **Street** CHARLESTON< WV 25313 **City, State, Zip** | 20 | SECRETARY OF STATE |
| WHIPSTOCK NATURAL GAS SERVICE, LLC | | |
| 5400 D BIG TYLER ROAD **Street** CHARLESTON, WV 25313 **City, State, Zip** | 20 | SECRETARY OF STATE |

**Original and** _9_ **copies of complaint enclosed/attached.**

SCA-C100.02 / 1 of 2

| PLANTIFF: RICHARD A. GOOD, et al<br>DEFENDANT: WHIPSTOCK NATURAL GAS SERVICES, LLC, e | CASE NUMBER: |
|---|---|

## II. TYPE OF CASE:

☒ General Civil

☐ Mass Litigation
(As defined in T.C.R. Rule XIX (c))

   ☐ Asbestos
   ☐ Carpal Tunnel Syndrome
   ☐ Diet Drugs
   ☐ Environmental
   ☐ Industrial Hearing Loss
   ☐ Silicone Implants
   ☐ Other: _____

☐ Habeas Corpus/Other Extraordinary Writ

☐ Other: _____

☐ Adoption

☐ Administrative Agency Appeal

☐ Civil Appeal from Magistrate Court

☐ Miscellaneous Civil Petition

☐ Mental Hygiene

☐ Guardianship

☐ Medical Malpractice

## III. JURY DEMAND: ☒ Yes ☐ No

CASE WILL BE READY FOR TRIAL BY (MONTH/YEAR): 01 / 2017

## IV. DO YOU OR ANY OF YOUR CLIENTS OR WITNESSES IN THIS CASE REQUIRE SPECIAL ACCOMMODATIONS DUE TO A DISABILITY? ☐ YES ☑ NO
IF YES, PLEASE SPECIFY:

   ☐ Wheelchair accessible hearing room and other facilities
   ☐ Interpreter or other auxiliary aid for the hearing impaired
   ☐ Reader or other auxiliary aid for the visually impaired
   ☐ Spokesperson or other auxiliary aid for the speech impaired
   ☐ Other: _____

Attorney Name: GEOFFREY C. BROWN

Firm: BORDAS & BORDAS, PLLC

Address: 1358 NATIONAL ROAD, WHEELING, WV 26003

Telephone: (304) 242-8410

Dated: 01/05/2016

☐ Proceeding Without an Attorney

*Representing:*

☑ Plaintiff ☐ Defendant

☐ Cross-Complainant ☐ Cross-Defendant

Signature

SCA-C100.02 / 2 of 2

ATTEST COPY

RITCHIE COUNTY CIRCUIT CLERK